IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Williams, Byron | Case Number: 07 B 14491 |
|---|---|---|
| | Williams, S'Earl | Judge: Squires, John H |
| | Printed: 9/9/08 | Filed: 8/10/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: July 30, 2008
Confirmed: October 10, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,624.00 | |
| Secured: | | 3,401.34 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,906.74 |
| Trustee Fee: | | 315.92 |
| Other Funds: | | 0.00 |
| Totals: | 5,624.00 | 5,624.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,200.00 | 1,906.74 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 5. | Capital One Auto Finance | Secured | 16,751.75 | 2,652.25 |
| 6. | American General Finance | Secured | 4,610.93 | 749.09 |
| 7. | Litton Loan Servicing | Secured | 15,956.00 | 0.00 |
| 8. | Litton Loan Servicing | Secured | 5,022.86 | 0.00 |
| 9. | Illinois Dept of Revenue | Priority | 1,317.56 | 0.00 |
| 10. | Internal Revenue Service | Priority | 6,315.05 | 0.00 |
| 11. | Capital One Auto Finance | Unsecured | 12.83 | 0.00 |
| 12. | AmeriCash Loans, LLC | Unsecured | 180.83 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 821.97 | 0.00 |
| 14. | Illinois Dept of Revenue | Unsecured | 19.78 | 0.00 |
| 15. | Nationwide Acceptance Corp | Unsecured | 0.00 | 0.00 |
| 16. | Payday Loan | Unsecured | 373.21 | 0.00 |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | 95.00 | 0.00 |
| 18. | Nationwide Acceptance Corp | Secured | | No Claim Filed |
| 19. | Internal Revenue Service | Priority | | No Claim Filed |
| 20. | Payday Loan | Unsecured | | No Claim Filed |
| 21. | HSBC | Unsecured | | No Claim Filed |
| 22. | Illinois Catalog Sales | Unsecured | | No Claim Filed |
| 23. | Illinois Catalog Sales | Unsecured | | No Claim Filed |
| 24. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 25. | Payday Loan | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Williams, Byron | Case Number: 07 B 14491 |
|---|---|---|
|  | Williams, S'Earl | Judge: Squires, John H |
|  | Printed: 9/9/08 | Filed: 8/10/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 27. | Check N Go | Unsecured | | No Claim Filed |
| 28. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 53,677.77 | $ 5,308.08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 243.71 |
| 6.5% | 72.21 |
| | _____ |
| | $ 315.92 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

